**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 18, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00858-CV

---

## SACHIM EMANUEL HOLDING D/B/A J. BRIDAL, Appellant

## V.

## STATEWIDE COMMERCIALS INS. BROKER, MOUNT VERNON FIRE INS. COMPANY, UNITED STATES LIABILITY INS. GROUP, GMP HOUSTON PROPERTY, LTD., AND BLISS & GLENNON, Appellees

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2015-65356**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed September 29, 2017. On January 9, 2018, appellant filed a motion to withdraw the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.